UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE COMPLAINT

Misc. No.

1:19 MJ 69 PAS

## MOTION TO SEAL

The Government moves that this Motion to Seal and the attached documents (including the Complaint, Arrest Warrant, Cover Sheet, and Affidavit in Support) be sealed until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

AARON L. WEISMAN
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001

SO ORDERED:

PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Dated: _Aug 23, 2019_