AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Manish Kumar | ) | *1:19 MJ 69 PAS* |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 1, 2019 _____ in the county of _____ in the

_____ District of _____ Rhode Island _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 and 1349; | Wire fraud (including attempt); |
| 18 U.S.C. § 1349; and | Conspiracy to commit wire fraud; and |
| 18 U.S.C. § 1028A. | Aggravated identity theft. |

This criminal complaint is based on these facts:

See the attached Affidavit of Special Agent Craig A. Graham of the Federal Bureau of Investigation ("FBI").

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Craig A. Graham ~ FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _Aug 23, 2019_

_____
*Judge's signature*

City and state: _____ Providence, Rhode Island _____   Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*