PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☐ INDICTMENT  ☒ COMPLAINT

CASE NO. _____

Matter Sealed:  ☐ Juvenile  ☐ Other than Juvenile

☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant:  Manish Kumar

Add

**REDACTED**

Alien
applicable)

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **RHODE ISLAND**
DISTRICT OF RHODE ISLAND       Divisional Office

Name and Office of Person
Furnishing Information on
THIS FORM

**AARON WEISMAN**
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst.
U.S. Attorney
(if assigned)

Milind M. Shah

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI ~ Craig A. Graham, Special Agent

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP  20, 21 or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:

☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)

☐ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.

Place of offense  RHODE ISLAND       County

### DEFENDANT

Issue:  ☑ Warrant  ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody

☐ Currently in State Custody
☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): _____

☐ FPD  ☐ CJA  ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

## OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts  3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|-----|-------------------------------------|-------------------------------|--------------|
|  | See Attachment |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  |  | ☐ Felony ☐ Misdemeanor |
|  |  | Trial: 3 Days | ☐ Felony ☐ Misdemeanor |

## ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

DEFENDANT:  Manish Kumar

**COUNT I:** 18 U.S.C. § 1343: Wire Fraud – Felony.

**MAXIMUM PENALTIES:**  Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

**COUNT II:** 18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud – Felony.

**MAXIMUM PENALTIES:**  Imprisonment: 30 years; Supervised release: 5 years; Fine: $250,000; and Special assessment: $100.

**COUNT III:** 18 U.S.C. § 1028A: Aggravated identify theft – Felony.

**MAXIMUM PENALTIES:**  Imprisonment: 2 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.