## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

v.                                          Case No.: 1:19−mj−00069−PAS *SEALED*

Manish Kumar
Defendant.

## ORDER OF COURT

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ordered that the Federal Public Defender be appointed to represent the above−named defendant in this case until further order of the Court. The Clerk shall enter counsel's appearance. A notice of appearance need not be filed.

It is so ordered.

August 27, 2019                             By the Court:

                                            /s/ Patricia A. Sullivan
                                            United States Magistrate Judge