AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| MANISH KUMAR | ) | Case No.   1:19-MJ-69PAS |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date:   08/27/2019

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joanne M. Daley    653375
*Printed name and bar number of defendant's attorney*

Office of the Federal Public Defender
10 Weybosset St, # 300
*Address of defendant's attorney*

Providence RI 02903
*E-mail address of defendant's attorney*

joanne_daley@fd.org
*Telephone number of defendant's attorney*

401-528-4281 / 401-528-4285
*FAX number of defendant's attorney*