AO 442 (Rev. 11/11) Arrest Warrant

CERTIFIED COPY

*I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND IN MY LEGAL CUSTODY*
*U.S. DISTRICT COURT - PROVIDENCE, RI*
*CLERK OF COURT*
*By: _____ Date 8-23-19*

# UNITED STATES DISTRICT COURT

## for the

United States of America

v.

Manish Kumar (YOB: 1988)

*Defendant*

)
)
)
)
)
)
)

Case No.

1:19 MJ 69 PAS

RECEIVED

AUG 2 6 2019

U.S. Marshals Service
District of Rhode Island

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Manish Kumar                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud (including attempt): 18 U.S.C. § 1343 and 1349;
Conspiracy to commit wire fraud: 18 U.S.C. § 1349; and
Aggravated identity theft: 18 U.S.C. § 1028A.

Date: Aug 23, 2019

City and state: _____

_____
*Issuing officer's signature*

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 8/23/19 , and the person was arrested on *(date)* 8/25/19 at *(city and state)* Queens, NY . |
| Date: 8/27/19 |

_____
*Arresting officer's signature*

SA CRAIG GRAHAM
*Printed name and title*