AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Rhode Island ▼

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:19-MJ-00069-PAS |
| Manish Kumar | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Manish Kumar                                                                                                              .

Date:     09/17/2019                                          /s/Kensley R. Barrett
                                                                          *Attorney's signature*

                                                              Kensley R. Barrett, #8657
                                                              *Printed name and bar number*
                                                              Marin & Barrett, Inc.
                                                              127 Dorrance Street
                                                              Penthouse Suite
                                                              Providence, RI 02903

                                                                          *Address*

                                                              kb@kmarinbarrettlaw.com
                                                              *E-mail address*

                                                              (401) 228-8271
                                                              *Telephone number*

                                                              (401) 679-0122
                                                              *FAX number*