UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 19-mj-0069 PAS |
| v. | FILED IN SEALED CASE |
| MANISH KUMAR | |

## MOTION TO PARTIALLY UNSEAL COMPLAINT

The Government moves to unseal the complaint, arrest warrant, and cover sheet, but to keep sealed the affidavit in support.  An information has been filed, and it is anticipated that Defendant will be filing a notice of intent to plead.  Aspects of the investigation pertaining to others remain ongoing.  The Government requests that the affidavit, which details aspects of the overall investigation, remain sealed but that the remainder of the complaint packet be unsealed.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

AARON L. WEISMAN
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000; Fax (401) 709-5001

SO ORDERED:

_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Dated: _____