PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☒ INFORMATION    ☐ INDICTMENT    ☐ COMPLAINT

CASE NO.    1:20CR89WES-PAS

Matter Sealed:    ☐ Juvenile    ☐ Other than Juvenile

☐ Pre-Indictment Plea    ☐ Superseding    ☐ Defendant Added
☐ Indictment    ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant:    Manish Kumar

Address:    ████████████████

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF    RHODE ISLAND
RHODE ISLAND    Divisional Office

☐ Interpreter Required    Dialect: _____

Name and Office of Person Furnishing Information on THIS FORM
AARON WEISMAN
☒ U.S. Atty    ☐ Other U.S. Agency
Phone No.    (401) 709-5000

Name of Asst. U.S. Attorney (if assigned)    Milind M. Shah

Birth Date    ████████    ☒ Male    ☐ Alien
☐ Female    (if applicable)

Social Security Number    _____

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI ~ Craig A. Graham, Special Agent

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP  20,  21  or  40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty    ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE  NO.
19-MJ-069-PAS

Place of offense    RHODE ISLAND    County

## DEFENDANT

Issue:    ☐ Warrant    ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):    Kensley Barrett

☐ FPD    ☐ CJA    ☒ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS |
|---|

Total # of Counts  7

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
|  | See Attachment |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  |  | ☒ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 5 | ☒ Felony ☐ Misdemeanor |

## ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

DEFENDANT:  Manish Kumar

**COUNT 1:** 18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud – Felony.

**MAXIMUM PENALTIES:**  Imprisonment: 30 years; Supervised release: 5 years; Fine: $250,000; and Special assessment: $100.

**COUNTS 2-5:** 18 U.S.C. § 1343: Wire Fraud – Felony.

**MAXIMUM PENALTIES FOR EACH COUNT:**  Imprisonment: 20 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.

**COUNTS 6 & 7:** 18 U.S.C. § 1028A: Aggravated identify theft – Felony.

**MAXIMUM PENALTIES FOR EACH COUNT:**  Imprisonment: 2 years; Supervised release: 3 years; Fine: $250,000; and Special assessment: $100.