## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF | * <br> * <br> * |
| v. | * CASE NO. 1:20-cr-00089-WES-PAS <br> * |
| MANISH KUMAR<br>DEFENDANT | * <br> * |

## NOTICE OF INTENT TO PLEAD GUILTY IN OPEN COURT WITHOUT BENEFIT OF PLEA AGREEMENT

Now comes the Defendant, MANISH KUMAR, by and through the undersigned counsel, hereby notifies this Honorable Court of the Defendant's intent, pursuant to Fed. R. Crim. P. 11(a)(1), to change his plea of NOT GUILTY to a plea of GUILTY to the Information. This notice is filed to alert the Court that the defendant is indeed prepared to go forward.

Respectfully submitted,

Kensley R. Barrett
Marin & Barrett, Inc.
127 Dorrance Street, Penthouse Suite
Providence, RI 02903
Phone: (401) 380.6724
Fax: (401) 679.0122
E-mail: ken@krbarrettlaw.com
Bar No. 8657

## CERTIFICATE OF SERVICE

I, do hereby certify that on October 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Milind Shah
Assistant United States Attorney
50 Kennedy Plaza
Providence, Rhode Island 02903

Respectfully submitted,

Kensley R. Barrett
Marin & Barrett, Inc.
127 Dorrance Street, Penthouse Suite
Providence, RI 02903
Phone: (401) 380.6724
Fax: (401) 679.0122

E-mail: ken@krbarrettlaw.com
Bar No. 8657