AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island ▼

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  CR20-00089JJM |
| Manish Kumar | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.


Date:     11/05/2020          /s/Manish Kumar
                                              *Defendant's signature*


                                              /s/Kensley Barrett
                                              *Signature of defendant's attorney*

                                              Kensley Barrett
                                              *Printed name of defendant's attorney*


                                              *Judge's signature*

                                              John J. McConnell,Jr. Chief US District Judge
                                              *Judge's printed name and title*