UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number 20-0089-JJM |
| v. | |
| MANISH KUMAR | |

MOTION TO CONTINUE SENTENCING

The parties are attempting to resolve or narrow differences relating to the offense conduct and associated Guidelines calculation.  The Government requests that sentencing be continued by two weeks to allow for these negotiations.  Defendant's counsel does not object to the requested continuance.

Respectfully submitted,

AARON L. WEISMAN
United States Attorney

/s/ Milind Shah
MILIND SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5001 (facsimile)
milind.shah@usdoj.gov

**CERTIFICATION**

I hereby certify that today, January 13, 2009, I electronically filed the above motion using the Court's electronic filing system and thereby made the filing available for viewing by Defendant's counsel, Kensley R. Barrett of the Law Offices of Kensley R. Barrett, Esquire, 127 Dorrance Street, Penthouse, Providence, Rhode Island 02903.

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U. S. Attorney,
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (voice)
401-709-5001 (facsimile)
milind.shah@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.

MANISH KUMAR

Criminal Number 19-mj-0069 PAS

FILED IN SEALED CASE

ORDER

The United States having moved this Court for an Order excluding the period of time beginning on August 23, 3019 and extending to October 1, 2020 from the thirty day period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), and upon consideration thereof;

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the aforementioned time period outweigh the interest of the public and any interest the Defendant may have in a speedy indictment and trial, for the following reasons:

1.       plea negotiations are in progress, and Defendant's counsel has no objection to the exclusion of the aforementioned period of time,

2.       Defendant is endeavoring to assist in the investigation of others, and

3.       allowing the parties time to confer and proceed having had an opportunity to reach agreement on the terms of Defendant's prosecution will likely result in a more prompt and efficient resolution of the matter thereby minimizing the need for further pre-trial and trial proceedings, and thereby conserving judicial resources.

WHEREFORE, it is on this day ORDERED that the period of time beginning on August 23, 2019 and extending to October 1, 2020 is excluded from the period within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b).

_____
PATRICIA A. SULLIVAN
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF RHODE ISLAND

Dated: August _____, 2020