Dear
Most Respectful Honourable judge


I am writing this character letter for my friend, Mr. Manish Kumar knowing that he is pleading guilty to the case. I have known Mr. Manish Kumar from our mutual friends for 7 years.He is my close friend and we have been in touch since then.
Mr Manish Kumar is in his teen days and is quite innocent and truthful at heart. He is always interested in Social activities and tries to do his best to donate his clothes and other belongings.
By nature, he is calm and creative.He loves to explore new things and has even traveled out many a time.Mr Manish Kumar is always ready to help his family and friends in the time of need.He is dedicated to his future and is imbibed with positivity and leadership skills.
This charge will have a scathing impact on Mr Manish Kumar's career and ruin his reputation among his friends and community. I understand this is all the result of bad influences and wrong situations or may be he is a part of some conspiracy. He is determined not to commit this mistake further and assures to correct them.

I am confident that he will live up to his promises and not repeat such actions.

Thanks & Regards,
Vinay K.