To,
The honourable judge
John McConnell

My son has been out from our sight sine one and a half year. My whole family has been missing him a lot. I want him back please sir.

He is the only responsible son I have. I am already very old and can't do any work as we come from a middle class family he's the one because of which we are able to live a nice life. I am glad that we did not know this before he did not tell us what has happened to him because he thought when we would come to know about this news we will be ashamed of him.

I hope you understand our feelings as well a father's feeling.

Thank you
Dinanath pal