To,
The honourable judge
John McConnell

I am writing this letter for my dearest son Manish Kumar who has been convicted in this case which has shocked all of us.

I don't know how to explain things about my son I am really very devastated by hearing this news please try to let him out soon. I have all my hopes from you please let my son out I have not seen him since a whole year our things have also been really bad as he is the only one in family who earns money I really hope that you try to understand our feelings.

Thank you
Laxmi pal