to
The honourable judge
Dear judge johan McConnell

I am writing this email for my elder brother Manish Kumar who has been convicted in recent case which has shocked with me and my family.

As I am unaware about the influence of A or circumstances which has dragged him into this case.

My brother is a good person he always support me And my family.He is knew his responsibility as well. He is Very helpfull for my family. He is great person for other people and relative.we all family member very panic since 2020 he is not any contact with any one we have been missing him I really hope he gets out soon

Thank you
Babloo Kumar