To

The honorable judge

Dear Judge John McConnell

I am writing this email for my friend Manish Kumar who has been convicted in recent case, which has shocked me.

As I am, unaware about the influence of person or circumstances which has dragged him into this case.

I know Manish Kumar since childhood, as we lived in neighborhood. I have always seen him at best of his behaviour, a hard working and kind person. He always be a good and trust worthy friend to me.

I have never heard even  a rumor about him rest aside a recent case.

I request you to consider this email before passing the judgement.

Thank you
Emmanuel Dayal.