To
The honourable judge
John McConnel

I am writing this letter for my brother manish. He is a great person in all. We did not expect this i have not seen him since 2 years (approx) we miss him a lot.
As a brother he has been the best he would visit his family just once in a year on raksha bandhan (a brother- sister festival) so that i could tie him rakhi. Last year he missed the festival because he was in jail. Please let him out soon everybody is wishing to see him back.
I know you would take right decision we trust you. Please show some mercy.

Thank you
Shivani