To,
The honourable Judge

Dear Judge John McConnell

I am writing this email to my friend Manish Kumar who has been convicted in recent case which has shook us up.

I have known this person for past 10 years and he has been nothing but always humble and kind towards others , he has always been there for me through thick and thin. Everyone around him has always known him to be a gentleman with most appropriate behavior.

I would like to vouch for his good behavior in the case that he has been deeply accused in. His family is comply torn part due to this and has no clue what to do. I have never heard even a rumour about him rest aside a case or complaint , I can rightfully state he has been dragged in this by somebody that under no capacity he would do such a thing.

I can trust him with anything.

I request you to consider this email before passing any judgements. I have requested all his friends to write a letter as we all were searching him for since 2019 .

Thank you
Nishant Anand




Advocate
Nishant Anand
...

[Message clipped]  View entire message
Attachments area

