To
The honourable judge
John McConnel

I am really glad to hear the news about manish kumar. He is like my son and he has given me the respect and love like i am his real mother. this news has shattered us all.

He is a real gentleman i have known him since he was a child and as child as well as a adult he knew his  responsibility. He the oldest amongst our children and is a role model for a perfect brother, son and friend. He has always helped his late grandfather with money. He is a strong person but when hia grandfather died i saw him crying for the first time it was shocking to me cause i did not expect he would cry. He is a great person

we all the people in the family have being missing sine 2019 please let him out soon

Thank you
Sunita pal

Sent from my Samsung Galaxy smartphone.

 ReplyForward