To

CLERK of Court

Date 23 FEB 2021

CASE No:-1:20-Cr-00089-JJM

I Would request the Court to Kindly Assign me an attorney for My case.

I Would like to file a Motion for Compassionate release and My Current Attorney (KENSLEY BARRETT) He is Not willing to help Me out with it.

So I request the Court to Please Provide Me a New lawyer because I have No Means to Pay For a Private Lawyer.

And request the Court to Please give Me any Other lawyer Apart From KENSLEY Barrett as he is Not willing to help Me.

I Would highly Appreciate the help.

Thanks & Regards
Manish KUMAR

RECEIVED

MAR 15 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.