**RECEIVED**

MAR 2 4 2021

**U.S. DISTRICT COURT
DISTRICT OF R.I.**

To

Honorable Judge John J McCONNELL

CASE No.- 1:20-CR-00089-JJM
DEFENDANT NAME:- MANISH KUMAR
DATE 19 MARCH 2021

With All due respect, I would request the
Judge to Please check as Per My lawyer
As Per the Information Provided to the News
and As per My Sentenced It was told to Me
I have received 24 Months and google It Says I
got 24 Months Sentenced by Honrable Judge
John J MCCONNELL but when I checked My
Sentenced on B.O.P website It States My release
Date is Oct 2022 and as per My arrest date
and release date with good time It Calculate
I have been Sentenced for 44 Months.
     So I Kindly request to you to Please
look into the Matter and do the needfull.
I will be highly greatful of yours.


your obidently
Manish KUMAR

RECEIVED

MAR 2 4 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.