①

To,

Honrable Judge John J McConnell,

OLD CASE :- 20-CR-00089-JJM-PAS
NEW CASE :- 21-MJ-6301-MPK
DEFENDENT NAME :- MANISH KUMAR
DATE :- MAY 16 2021

With All due respect, I would like to Say thank you For Considering My Previous Letter and Corrected My Sentence. I beleive you resentenced me and D.A Milind Shah did not like it WELL So they Decided to give me New Charges and open a New Case on the basis of MY old Investigation where in my old case they Claim I was Selling Prescription drugs and I Plead out for that, Now In the New charges they Saying the Same but they added I was Selling Priscription drugs without Priscription. And Since the begining of the Case My Attorney and I Was aware they Wanted to Charge me with these charges And My Attorney Rensley Barrett Showed Me Email From Boston D.A kriss Bassil in September 2020 told him he has Some potentioal charges for Me. If I don't Co-operate and talk to him they will Indictm me with additional Charges I Informed I have alreddy told them Everthing My Co-operation for almost 6 Months In My New CASE they Even Mention that I. breifly Co-operated with them, but they fail to offer Me 5K1 (Downward Departuor) which they Should If they claim I brefly Co-operated. I Informed My Attorney After reading that Email tell them to Indicte me I don't have Nothing to Share. And WE Requested Milind Shah for Plea Deal where in he offred 4-5 Plea offers without anything lesser then 24 Months and

②

with that he was putting Conditions Into Plea offers So I requested My lawyer that I will not Sign No Plea Deal and I will go for open Plea. He did not take that message good and Informed him that If I don't Sign the Deal they will Indict Me. I told My lawyer I Still would like to go for open Plea. And After a Month I received Mail form My lawyer In which there was Waiver of Indictment and Information which I was Pleading Out. And I Plead out on November 5th 2020 and Sentenced On 11th Feburary 2021 and resentenced on April 1st 2021. Before My re-Sentenced on arround 25th March Boston D.A Kriss Bassil reached to Attorney Kensley Barrett and He Informed him that he is going to Charge Me Kensley Barrett Informed My wife the Same and on 30th March he reached to Melissa Larsson and Informed her that tell Kumar to Plea out on lesser charges and Co-operate with authority. I requested Mellissa Not to disscuss anything regarding My Case as She was Not Completly aware about the Full Case. On April 1st 2021. I requested Mellissa Larsson to Please make Me also available In my re-sentencing Court but I beleive that did not work out Otherwise I would have Informed the court Everthing and If there is Something. I would have requested to reschedule the Court Date. And Informed the Court about what is happening and how they were Mentally torture Me and Scared Me Everytime and Every opportun they did not like my Decision. anyting I was doing. Due to their Condu My wife Finally Convinced I am Not coming ho anymore after 24 Months of Sentence and Sh

③

Divorced Me. One hope that I had thinking I will go and try to fix My broken Marriage. My whole faimly think I am Kept here as a hostage and I have No helpless and they are Suffering the Most.

I Just want to Say Sir Since the Begining of the Case R.I D.A was aware about Everthing and he was Informed Everthing By Boston D.A. and they Infact I told them on My very first day of Arrest I was Selling Ericdle Dicfunction Medicine and Everything they asked and atleast Feburary 8, 2020 they claim they Claim they Searched all My Phones and Email and they found out Everything and they would have Indicted Me then I would Not be raising Concerns about their Misconduct and would have Fought all the Charges. I beleive they did not brought these Charges on 1st Case is because they were aware It Is Not Going to Change the Guideline And M.A D.A and R.I D.A Decided Not to charge Me. And Now when I finished My time I was I.C.E Custody ready to Get Deported they brought all these Charges So that they can Keep Me as a hostage being an Immigrant I Cant get bail or bond and they can torture Me More and Show Me I Made a Mistake by Excersiced My right and deny to Co-operate and they are trying to do this Vindictveness prosecutorial

I hope and Pray to God and Pray to you Please look Into the Matter and bring the Justice and Stop them abusing their Power. Thanks

I am in Michigan finished My time and was in I.C.E Custody on 13th May I appeared in Michigan Court for the extradition to Massachutts when I informed My Case to Michigan lawyer who was representing Me. He Informed Me It is Not right what they are doing and It Is Vindictiveness Proosecutorial. He Informed me he Can't help me out because I have to go to Massachutts to finish this Case.

I am writing this letter to you your honor to Inform everthing what was happening Since day 1 and hope you May talk to them about their wrong doing and abusing their Power and bring this Case to the Justice.

I would also like to Say I am Sorry If I Said Something that I am Not Supposed to Say I am an Immigrant So I understan I don't get all the right ac Citizen So Please forgive Me If I Said Something that I was Not Supposed to say.

I hope and Pray to you to read this Letter and bring the Justice.

Your obidently
Manish KuMAR