MANISH KUMAR
MAGEE ST
Cambridge, MA
02139

To
Honorable Judge John J McConnell
1 US Exchange
Providence, RI
02903

PROVIDENCE RI 028
24 MAY 2021 PM 15 L

★ ★ ★
★ U S A ★ F O R E V E R ★

THIS MAIL ORIGINATED
FROM THE
SANILAC COUNTY JAIL