To,

The clerk of Court,

Date:- August 10 2021
DEfanDent :- MANISH KUMAR

Case No:- 20-Cr-00089-JJM-PAS

With all due respect, I would request the Court to Please assign me a lawyer in order to help me Vacate My Sentence. As Per the Case I am charged under wrong Statu of law and wrong Jurisdiction and Several Incidents of Prosecutor Misconducts. I would like to bring it to the Court attention. Because of his Misconduct I was given a New Case and Many other Misconducts.
          Seeking Relif under Habeas Corpus.
I would he highly thankful to the Court. If I would be assign an appell Court lawyer.


Your obidently
Manish KuMAR