From
MANISH KUMAR
Donald wyatt Detention
   950 High ST
CENTRAL FALL, RI
   02863

To
   CLERK of Court
1 & Exchange TERRACE
Providence, RI
   02903

neopost
08/11/2021
US POSTAGE  $000.

ZIP 028
041L1125