AO 243 (Rev. 01/15)                                                                                                Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District _Rhode Island_ |
|---|---|
| Name *(under which you were convicted)*: MANISH KUMAR | Docket or Case No.: 1:20-CR-00089-JJM-PAS |
| Place of Confinement: WYATT DETENTION CENTRE | Prisoner No.: 837630-53 |
| UNITED STATES OF AMERICA | Movant *(include name under which convicted)* |
| V. | MANISH KUMAR |

**MOTION**

RECEIVED

NOV 29 2021

U.S. DISTRICT COURT
DISTRICT OF R.I.

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    _District of Rhode Island_

    (b) Criminal docket or case number (if you know): _1:20-CR-00089-JJM-PAS_

2. (a) Date of the judgment of conviction (if you know): _APRIL 1st 2021_

    (b) Date of sentencing: _APRIL 1st 2021_

3. Length of sentence: _24 Months and 1 day_

4. Nature of crime (all counts): _1 Count:- Conspiracy to commit wire fraud_
    _2-5 Count:- wire fraud (1343)_
    _6-7 Count:- Aggravated Identity theft 1028A_

5. (a) What was your plea? (Check one)

    (1) Not guilty ☐        (2) Guilty ☑        (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

    _Pleaded Guilty to all Counts._

6. If you went to trial, what kind of trial did you have? (Check one)        Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☐

8. Did you appeal from the judgment of conviction?        Yes ☐        No ☐

9.  If you did appeal, answer the following:

(a)  Name of court: _____

(b)  Docket or case number (if you know): _____

(c)  Result: _____

(d)  Date of result (if you know): _____

(e)  Citation to the case (if you know): _____

(f)  Grounds raised:

(g)  Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑

If "Yes," answer the following:

(1)  Docket or case number (if you know): _____

(2)  Result: _____

_____

(3)  Date of result (if you know): _____

(4)  Citation to the case (if you know): _____

(5)  Grounds raised:

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☑   No ☐

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:  District of Rhode Island

(2) Docket or case number (if you know):  1:20 - CR - 00089 - JJM - PAS

(3) Date of filing (if you know): _____

(4)  Nature of the proceeding:  Confress hearing to Correct the Sentence.

(5)  Grounds raised:  Sentencing Error during the sentencing on feburary 11 2021.

AO 243 (Rev. 01/15)                                                                                              Page 4

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☑      No ☐

(7)  Result: _Sentence got reduced or rectified by the Judge._

(8)  Date of result (if you know): _April 1st 2021_

(b)  If you filed any second motion, petition, or application, give the same information:

(1)  Name of court: _____

(2)  Docket of case number (if you know): _____

(3)  Date of filing (if you know): _____

(4)  Nature of the proceeding: _____

(5)  Grounds raised:

(6)  Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐      No ☐

(7)  Result: _____

(8)  Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)  First petition:      Yes ☐      No ☐

(2)  Second petition:     Yes ☐      No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.  For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                  Page 5

**GROUND ONE:**  Prosecutorial Misconduct

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MENTIONED IN "REASON 1, A, B, C, D, E and F, and G of the Additional Pages.

    (b) **Direct Appeal of Ground One:**

      (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☑

      (2)  If you did not raise this issue in your direct appeal, explain why:

    (c) **Post-Conviction Proceedings:**

      (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☑

      (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

      (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☑

      (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☑

      (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐  No ☑

AO 243 (Rev. 01/15)                                                                      Page 6

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know):   _____

Date of the court's decision:   _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND TWO:** *Inappropriate Enhancement regarding No Proof for "Substantial"*

(a)   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

*Please find "Reason-2" of Additional Pages.*

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

AO 243 (Rev. 01/15)                                                                                             Page 7

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐      No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐      No ☑

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐      No ☑

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

GROUND THREE: _Inappropriat Enhancement regarding No Proof for 'Mass Marketing', 2B1.1(B)(2)(ii)_

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please find "Reason-3" of Additional Pages.

AO 243 (Rev. 01/15)                                                                                          Page 8

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐     No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐     No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐     No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                          Page 9

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:




**GROUND FOUR:** *Counsel Ineffectiveness Regarding Enhancement 3b1.3*

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Please find "Reason-4" of Additional Pages.




(b)   **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐      No ☑

(2)   If you did not raise this issue in your direct appeal, explain why:



(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐      No ☑



(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☑

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☑

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                    Page 11

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     you are challenging:

     (a)  At the preliminary hearing:

     _____

     (b)  At the arraignment and plea:

     _____Joan Dealey, and KENSLEY Barrett._____

     (c)  At the trial:

     _____

     (d)  At sentencing:

     _____KENSLEY BARRETT_____

     (e)  On appeal:

     _____

     (f)  In any post-conviction proceeding:

     _____MELissa Larsson_____

     (g)  On appeal from any ruling against you in a post-conviction proceeding:

     _____

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?          Yes ☑          No ☐

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          Yes ☐          No ☑

     (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

     _____

     (b)  Give the date the other sentence was imposed: _____

     (c)  Give the length of the other sentence: _____

     (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
     sentence to be served in the future?          Yes ☐          No ☐

18.  TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
     why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AO 243 (Rev. 01/15)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)   the date on which the judgment of conviction became final;

(2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                    Page 13

Therefore, movant asks that the Court grant the following relief:

_____Vacate of his Sentence._____
or any other relief to which movant may be entitled.



_____
Signature of Attorney (if any)



I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ____November 11 2021____ .
                                                                                          (month, date, year)



Executed (signed) on ___November 11 2021_____ (date)



_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

**Reason 1** - **Prosecutorial misconduct**.

Prosecutor has indulged in multiple prosecutorial misconduct and conducted a strategy for prosecution otherwise it would not be permissible. Following are the reasons and time when prosecutorial activities and intention were beyond speculation of being prejudice to me. The Honorable Court should know and decide whatever prosecutor conducts are permitted in American judiciary and such practices followed by prosecutor were legitimate and legal. Allowing all these acts by the prosecutor towards me. Counsel was highly ineffective and acted completely ignorant to bring all these misconducts from the Government towards me to Court attention in order to get the truthful outcome of the case. Because of his lack of interest I did not get the right and truthful justice.

A) **Conflict of interest arise to represent two co-defendants in the same case.**
   I believe there is only one reason for counsel not being effective and acting in such a form - conflict of interest. As Kensley Barrett was also negotiating a better plea offer for my other co-defendant (Himanshu Asri), I found this out in newly discovered evidence via his email communication with R.I federal prosecutor Milind Shah. It makes me believed that I was given the least priority from him. After finding the new evidence regarding him representing my co-defendant, I realize why he used to hung-up on me during my zoom session with him when I used to raise any concerns regarding my case and needed him to explain things. Now I found out the reason. I request the Court to please vacate my sentence on the basis of my attorney didn't represented me with full of my interest, in addition to his representation to the two co-defendants. This shows conflict of interest. My attorney was not true to his services by representing two co-defendants in same case.

B) **Allowed entrapment by the prosecutor.**
   Cell phone was provided to my co-defendant (Sahil Narang) by prosecutor while he was incarcerated in D.W.Wyatt Detention Center in Rhode Island in 2019. He was asked by the prosecutor and federal agents to entrap me in any illegal activity so that he can receive a lesser sentence. Meeting Sahil Narang and providing him with cell phone in jail or during their meetings. Sahil Narang acknowledges my business that I was selling erectile dysfunction medicine (Viagra & Cialis) and I have consumer credit card details whoever placed orders

1

for medication with my company. Prosecutor has prior knowledge about the statue of law and all the legal aspects, still he advised Sahil to ask for credit card details of the consumer who placed orders with my company in the past. I provided these details out of friendship I did not ask for no money. By making me doing such act, prosecutor was making sure he can charge me under minimum mandatory statue of **1028A** which will build his case towards me stronger. Sahil did exactly what was instructed by prosecutor, which is the only way for him to get a downward departure for himself. Sahil texted me from jail and also made several phone calls to me during his meetings with agents and prosecutor (see case discovery). By such act with the primary goal - to make sure my conversation with him was recorded completely for prosecution. Providing cell phone while Sahil was incarcerated and texting me from jail to lure me or entrap me for the activity that I had never done and would have never done if it would not have been initiated by the prosecutor. Should this issue be brought up to the Court there would be only one conclusion - a pure entrapment initiated by the Prosecutor. Supporting such entrapment acts masterminded by Prosecutor. Counsel was ineffective not bringing such wrongdoing by the prosecutor in front of Court or he has no interest in fighting for my case. I request the court to please check Sahil Narag arrest date as he was held without bail in Wyatt detention center in this case. Court should make a determination how I was entrapped by the prosecutor from a person being in jail. Does law permits such act of entrapment initiated by the prosecutor.

C) **Hide potential charges from court by not indicting defendant.**
Prosecutor indulge in wrongdoing and acted as a prejudice during change of plea hearing in 11/5/2020 when he waived my indictment and did not inform the court or Judge about the potential charges or about other investigations. He hid his conversation with Massachusetts. D.A. (Kriss Bassil) and my counsel

2

regarding other charges or potential charges. R.I. Prosecutor hiding information from court and from me that Mass. D.A. was secretly planning to charge me and the charges are the occurrence of the current R.I. investigation. If I would had been informed about all this during my change of plea hearing on 11/5/2020, I would not have pleaded guilty. I was kept under mounting pressure from my lawyer and prosecutor during my whole pretrial detention and plea negotiation that I might be indicted and that's why it has taken so long for me to plea because they were trying to indict me. On the basis of prosecutor waiver of my indictment. I agreed to plea guilty and I was assured I will not any additional prosecution. In every other case I read scenario like me for which defendant might face other cases or other charges. Prosecutor always informed the court about what's going on and in future what will happen and give the choice to defendant to plea at that moment or not. In scenario like me Judge also inform the defendant about the future consequences of if pleading guilty now what can happen in future and allow the defendant to make a choice. By doing that court gives the opportunity to defendants to plea guilty or would they prefer to wait to see the new charges so that they can decide what is best for them. Now because of Mass. prosecutor's hideous act and prejudice have made me facing another indictment. This is all because I exercised my rights and wrote a letter to honorable judge to rectify my sentence which honorable judge agreed and made the proper changes in sentencing and my sentence got reduced. After R.I. D.A. Milind Shah conspired with Mass. D.A Kriss Basil and indicted me on new case this time in Boston, which should be barred under double jeopardy petite police, I am bringing this issue to court to show how much Milind Shah indulged into prosecutorial misconduct towards me and how further he went to make sure I stay in the prison for maximum period of time.

**D) Substantial threat to defendant by prosecutor.**

After my sentencing I was assigned lawyer Mellissa Larrson to apply for compassionate release, when I talked to her first day she told me I was sentenced for 44 months not 24 months which my previous attorney told me and lied to me. I told her about it's a sentencing error and after knowing this I wrote a letter to honorable judge. In my phone conversation with Mellissa told her that I have written a letter to prosecutor and honorable judge regarding the same issue. I requested her to talk to R.I. prosecutor about the sentencing

3

error. She talked to prosecutor and discussed about my sentencing. In the meantime I was shipped to Michigan B.O.P. While I was in Michigan B.O.P. Mellissa informed me she talked to Milind and she told me it was the consequence of not signing the plea deal, concluded by R.I. prosecutor to her, for which I believe the conversation between me and Mellissa was recorded, and she told me the R.I. prosecutor has told her to inform Kumar to keep quiet or else they would indict me again. This is the height of the prosecutor misconduct. Both R.I. and Mass. Prosecutor collaborated together to make sure I suffer the most by using all these 'lawful' tactics. By exercising my constitutional rights to deny cooperation and request rectifying my sentence, I believe they did this purposefully  'to teach me a lesson' being an immigrant do not deny anything government ask you to do or else face the consequences. I request court to please take proper action against these prosecutors for their wrongdoings.

**E) Prosecutor not true to his duties by not requesting downward departure.**

R.I. Prosecutor told my counsel Kensley Barrett that he would ask court for downward departure in return to my cooperation to government. My counsel inform me the same matter in letter. At sentencing neither prosecutor informed about my cooperation nor my counsel brought it to court and argue to go below minimum mandatory. By prosecutor not asking for downward departure shows prejudice towards me. And it also shows how ineffective my counsel was and not willing to bring such an important issue to get a less-than-minimum-mandatory sentence.

**F) Prosecutor and counsel acted as prejudice.**

Prosecutor act was out of prejudice for not providing me with 5k1. Instead providing 5k1 to other co-defendant (Himanshu Asri) wherein breath of my co-operation was longer than his co-operation. Prosecutor decided not to give me downward departure because of his hatred towards me and most likely my lawyer agreed with him, so that he can get 5k1 for himanshu asri. It makes me believe court and I were blinded by not bringing my co-operation to the honorable judge.

4

My lawyer avoided to argue in the court to get me a 5k1. So that he can ask the same 5k1 for (himanshu asri). Which shows he chose him over me and prosecutor being prejudice.

### G) Prosecutor tactical gain over plea negotiation.

Prosecutor was purposefully during plea negotiation increasing the total intended loss and adding enhancement without any merit or any evidence. He was telling my counsel intended loos is more than $1500000. Without any evidence he was increasing the figure so that it would be harder for my lawyer to negotiate a better plea deal. I was offered 3-4 different plea offers. First he offered 21 months I accepted that plea, after my lawyer told him we can sign that deal. Later on he changed it to 24 months saying 21 months is too low.  I was not happy with that behavior still I agree to accept 24 months and after me agreed to sign the plea for 24months. He put additional condition when I agreed to sign 24 months. I decline the plea offer and went for open plea which prosecutor didn't like and I was told by my lawyer if I don't sign no agreement and waive of my rights to appeal they will indict me. I disagreed with their offer then prosecutor told us to wait for the indictment, after months prosecutor agreed for me to take an open plea and decided waiver of indictment. This act by prosecutor showed his intent to not give me a fair deal. My counsel was ineffective by not bringing all these issues and prosecutor tactics to not provide me benefits which all defendants get by pleading guilty.

### Reason 2 – Inappropriate Enhancement regarding no proof for 'substantial'.

In 2b1.1(B)(10)(B) says substantial part of the scheme happened outside U.S.A Regarding the word 'substantial' it should have been proved by the prosecutor. He should have provided evidence supporting this enhancement. Counsel was ineffective and didn't argue this enhancement brought by the prosecutor without no evidence. Counsel didn't bring this to the court attention. When I asked him to dispute enhancement in conversations with him before sentencing, he gave his opinion that the best to get a lenient sentence is to accept the guilt and don't say

5

anything if you dispute all the enhancement judge might think you are not fully accepting responsibility of your crime and he will not give you lower sentence. By statement like this I believed he showed no desire to bring the justice to the court and justice is not served because of his personal opinion of not disputing the enhancement which is incorrectly applied to me.

### Reason 3 – Inappropriate Enhancement regarding no proof for 'mass-marketing' 2b1.1(B)(2)(A)(ii).

My guideline was enhanced under 2b1.1(B)(2)(A)(ii) which mentioned I used mass-marketing means to commit my crime. As per the information I am charged with, there is no showing of my conduct In which  I indulge in mass marketing and i was utilizing pop- up adds to solicit a large number of individuals through the internet. Counsel was ineffective to dispute this enhancement on lack of evidence ground. My role in the conspiracy was to take information from other people and sending the same information to my co-defendant Sahil. By doing such act my conduct don't involve no means of mass- marketing. Counsel was clearly not bringing the facts to the court which would help the court know the truth and helped me reducing my guideline. Also this enhancement was brought to the very end without any merit and evidence in my last final P.S.I as a tactics from the prosecutor to increase the guideline in front of the court in the end.

### Reason 4 – Counsel ineffectiveness regarding enhancement 3b1.3.

Counsel was ineffective to make an effective and proper argument about the enhancement 3b1.3 which says I abused my position by providing the credit card details to my co-defendant Sahil. If we look at the (**P.S.I point 30**) as it says (The medical supply company utilized to obtain credit card information was based in Singapore). I received the credit card information from other company, and transferred to Sahil. Also in evidence my recorded conversation with Sahil that he asked me specifically. Was this data belong to my company? I informed him it is from other people. If I am receiving a data from other people and sent it to Sahil by doing this act I didn't abused my position of the company. Statue of this enhancement says in plain language role has to be specific and apart from the person nobody else could commit such an act.

6

### Reason 5 – Counsel ineffectiveness regarding actual intended loss calculation.

Counsel was ineffective by not mentioning the total actual intended loss as I requested him in my letter to him. As per evidence my actual intended loss should be $8500 and I asked him to dispute the loss. He did dispute in his email to P.S.I officer but did not bring the same at sentencing. Counsel did not pay no mind and ignored my several other request. I requested him to make to my P.S.I officer and at my sentencing to bring to court attention in order to get me a lenient sentence. For instance i requested him to ask court about my minimum role reduction as everyone in the conspiracy was charged with huge amount of total actual loss and my intended loss was only $27000. I should have received at least 3 or 4 points of reduction for my mitigating role in conspiracy under **U.S.C.S 3b1.2**. Counsel showed no desire and court and P.S.I officer didn't do no findings regarding my role in conspiracy. Counsel was ineffective to bring this in front of honorable judge.

### Reason 6 – Counsel ineffectiveness regarding no final PSI discussion before sentencing.

I received my final version of P.S.I few days before my sentencing date and my counsel failed or had no intention to discuss with me as he was already getting annoyed by my disputes and my questions. He decided to ignore my calls until my sentencing. My counsel representing another co-defendant in this scenario I believe he had conflict of interest and he didn't assist me with his best of abilities. And didn't try hard to get me a downward departure.

### Reason 7 – Counsel ineffectiveness towards restitution amount dispute.

Counsel was not willing to inform the court regarding the $5000 restitution imposed. As per the evidence $5000 went into federal agent personal bank account, and later on it was return to the victim mentioned in the evidence. When I checked my first P.S.I I requested counsel to please dispute the restitution mentioned in the P.S.I. he informed me that's not important as after sentencing you will be deported so don't worry about that. Again he ignored to bring the justice over his personal opinion not to dispute something that was wrong and it was wrongfully imposed because of lawyer ineffective assistance.

7

**Reason 8 – Counsel was not truthful.**

After my sentence counsel informed me that I have received 24 months of sentence and I have few more months to finish my sentence. When I realized and informed by another counsel Mellisa Larrson I was sentenced for 44 Months. I called him and asked my friend and family to email him. He didn't reply to no one never returned to my calls and letter till this date. He purposefully lied and kept me in dark so that I will not appeal my sentence within 14 days after my sentencing. Counsel was very much acted as a prejudice.

**Reason 9 - Court fail to make me present at my sentencing.**

I was not present on my final sentencing or last sentencing conference on April 1st 2021 when they corrected my sentence. Court made no efforts to make me available at my sentencing hearing. Which I feel I was prejudice and did not get the opportunity to speak on my final sentencing hearing. I believe I would have brought all my issues at my final sentencing it I would have included at my sentencing.

Milind

**Kensley Barrett, Esq.**

Partner at Marin & Barrett, Inc.

 4013806724

kb@marinbarrettlaw.com

127 Dorrance Street, Penthouse Suite,
Providence, RI 02903
www.marinbarrettlaw.com

**From:** Kensley Barrett <ken@krbarrettlaw.com>
**Sent:** Friday, September 11, 2020 1:28 PM
**To:** Shah, Milind (USARI) <MShah1@usa.doj.gov>
**Subject:** Kumar/Asri

Email secured by Check Point

Hi Milind,

I met with Mr. Kumar. I think we are close. What I mean is, I am respectfully requesting to see if your office would be agreeable to 20 months instead of 24 months. Reason being is that by the time he is deported back to India the process could take an additional 2-3 months. I hope this doesn't come across as being greedy (and we are thankful for the removal of the aggravated identity theft counts) but I thought it was a reasonable request.

Himash Asri lawyer also hats Conflict of Intrest

Also, is the Asri plea agreement, contingent upon the plea agreement in the Kumar case?

--

3                                                                4