

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Your Full Name / *Su Nombre Lleno*
Jason Cawdrew

ID#: 79376

Unit & Room #: AN2-23
*La unidad y Número del Cuarto*

THIS CORRESPONDENCE IS FORWARDED FROM
THE PLYMOUTH COUNTY CORRECTIONAL
FACILITY. THE CONTENTS MAY NOT HAVE BEEN
EVALUATED AND THE PLYMOUTH COUNTY
SHERIFF'S DEPARTMENT IS NOT RESPONSIBLE
FOR THE SUBSTANCE OR CONTENT OF THE
ENCLOSED MATERIAL.

United States District Court
Clerk's Office
One Exchange Terrace
Providence, RI 02903