UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                                        CR. No. 20-cr-089 JJM

MANISH KUMAR

GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S 28 U.S.C.§ 2255 MOTION

The United States of America requests a 45-day enlargement of time within which to respond to Plaintiff's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. The Government requests this enlargement in order to allow time sufficient to prepare a thorough and complete response and recall pertinent files from storage.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

RICHARD MYRUS
United States Attorney

/s/ MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
milind.shah@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

On 10th day of December 2021, I caused the within Government's Motion for

Enlargement of Time to be mailed via regular mail postage prepaid to:    Manish Kumar,

837630-53, Wyatt Detention Center, .

/s/ MILIND M. SHAH
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Milind.shah@usdoj.gov