UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. 20-089-JJM |
| v. | |
| MANISH KUMAR | |

GOVERNMENT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PETITIONER'S 28 U.S.C. § 2255 MOTION

The United States of America requests a 7-day enlargement of time within which to respond to Plaintiff's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence. The Government requests this enlargement in order to address more completely Petitioner's claims.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY CUNHA
United States Attorney

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

On 28th day of January 2022, I caused the within motion to be mailed via regular mail postage prepaid to: Manish Kumar, 837630-53 at the Wyatt Detention Center.

/s/ Milind Shah
Milind Shah
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email:  milind.shah@usdoj.gov