To,

Dear clerk of court,

Case No. 20-CR-00089-JJM-PAS

Defendant. MANISH KUMAR

I would sincerely apologies to the court about my incomplete 2255 motion. As it stated in application forum of 2255 motion do not site or mention any case law which later I figured I could have citied some case laws in regards to my claims for motion to vacate also I have received some additional evidence and information regarding my substantial cooperation with the government agents which will demonstrate breath of the cooperation and if honorable judge would have known about all this evidence which prosecutor hide from me at sentencing honorable judge would have convinced to give a below minimum mandatory sentence.

I have received government reply on my 2255 motion. I have supplement new information which I would like to bring it to court attention. I don't know how to bring all this information to the honorable judge in order for my sentence to be vacated. Due to prosecutor misconduct and him being prejudice I have suffered successive prosecution for an instance prosecutor did not utter a single word about Massachusetts case and nothing that charges by federal prosecutor in Massachusetts were a possibility at my sentencing as they are saying in their reply if this would have happened like happened **Baldwin v. United States, 2019 U.S. Dist. LEXIS 182288** honorable judge for Baldwin went in detail to inform Baldwin about the procedures and before he accepted his guilty honorable judge made sure Baldwin should know future consequences. If prosecutor would be honest to court in my case and inform the court I might face another successive prosecution I would not have pleaded guilty in no senses. And also honorable judge would have followed the same as Baldwin and explained me about pros and cons before sentencing me. The only reason I pleaded guilty and got sentenced because I was sure I will not face any other prosecution or I will not be charged with other crimes which Milind shah was trying to indict me on and showed his desire to indict me in an email to my counsel after he decided he will not indict me and I can do an open plea that's why it took so long for me to plea guilty. In my case government hided all the future charges from the court and from honorable judge and acted in form of prejudice to me  and government prosecutor was not true to his duties as in Baldwin case prosecutor went in detail to inform the court. Now by government saying they informed the court at my sentencing on February 12th 2021 they are trying to do a cover up for their wrongdoings in R.I case and justifying Massachusetts case.

See government (reply second) in reference to that I would like to bring to court attention *Jacobson v. United States, 503 U.S. 540 United States v. Walker, 1995 U.S. APP.*

*LEXIS 12722 (When a person has no previous intent or purpose to violate the law but is induced or persuaded by law enforcement officers or their agents to commit a crime, he is a victim of entrapment and, as a matter of policy, the law forbids his conviction in such case)* As mentioned in the information I am charged in this case I was running a pharmaceutical company since 2015 and American consumers were sharing their card details with my company. I never misused their credit card details for any wrongdoings in past wherein I had this opportunity since I started to do this business. I only did this because government agent Sahil Narang induced me to do it and government helped him to do this entrapment while he was in Wyatt detention. Government made him text me from the prison to entrap me in committing aggravated identity theft to make government case stronger. I have never ever misused any of my customers credit card details in past 3-4 years of running my pharmaceutical business as a proof when probation officer sent letters to credit card owners they never replied back because their credit card was never misused. I request the honorable judge to please vacate my case or dismiss my aggravated identity theft on the basis of supreme court decision *Jacobson v. United States, 503 U.S. 540 (When a person has no previous intent or purpose to violate the law but is induced or persuaded by law enforcement officers or their agents to commit a crime, he is a victim of entrapment and, as a matter of policy, the law forbids his conviction in such case)*

In **United States v. labonte, 520, 520 U.S. 751 762(1997)** and **United States v. Lovasco, 431 U.S. 783, 791-92 (1977)** (A prosecutor exercises when he decides what, if any, charges to bring against a criminal suspect (Such discretion is an integral feature of the criminal justice system, and is appropriate, so long as it is not based upon improper factors) I understand its prosecutor decision what charges to bring and what charges not to bring. Both cases does not state government has the power to prosecute a defendant who is facing 10 counts in one indictment. Prosecutor can charge each count in each different federal district court as government is stating in their reply (see point third) prosecutor may decide what charges to bring, where to bring them, and when to bring them. Government is clearly acting out of law when they say such statement they can punish a defendant for one criminal investigation in different federal district court wherein it could be resolve in one case as supreme court stated in **freedberg v. united states dep`t of justice, 703 f. sup. 107** Supreme Court disapproved 4 federal prosecutors from 4 different federal states to restrained and enjoined from causing and permitting indictment to be returned against plaintiff, or either of them in more then one federal district with in the United States. Now I am charged with two federal district in violation of Supreme Court decision in freedberg case. Government has acted out of animus and I have suffered prejudice because of their wrongdoings and misconducts. I would also like to add more claims in order to vacate my sentence and rebut government replies with citing proper case laws.

None of the issues were brought to the court attention by my counsel kensley barrett Esq because he was negotiating a better plea deal for (himanshu asri) in return I believe he decided not to argue all of the wrongdoings and misconducts by the government towards me which would have helped dismissed the aggravated identity theft (1028A) if he would have explained

how I was entrapped by the government by allowing sahil narang text me from prison to induced me in committing aggravated identity theft. My counsel has no desire to help recently my Massachusetts attorney Gordon spencer requested him to share his emails and phone conversation with R.I prosecutor which can help me in my motion in Massachusetts case he decline to do that by stating attorney client privilege and then I asked him to share all that detail to me as I was client he is yet not replied to my letter I asked Wyatt detention to email my attorney he decline to receive any email from me if he has any desire to help me he would at least shared all this information which could have helped me resolve my case in Massachusetts. I believe he is not working for me and never wanted to help me.

I would like to bring all the additional evidence in front of honorable judge which will demonstrate government misconduct and them hided the information from the court government acted in form of substantial prejudice towards me. I pray to the court to please assign me an attorney which can help me bring all evidence in front of honorable judge which can help me vacate my sentence and expose government wrongdoings.

Respectfully submitted

Manish Kumar

02/15/2022