MANISH KUMAR
#837630-53
WYATT DETENTION CENTRE
CENTRAL FALLS, RI
02863

neopost
02/16/2022
US POSTAGE $000.58⁰

ZIP 02863
041L11252843

58

To
CLERK OF COURT
1 Exchange TERRACE
Providence, RI
02903

FREE