To,

Dear clerk of court,

Case No. 20-CR-00089-JJM-PAS

Defendant. MANISH KUMAR

RECEIVED

MAR 0 8 2022

U.S. DISTRICT COURT
DISTRICT OF R.I.

## Motion to reconsider 2255.

I would request the court to please accept this letter as my motion to reconsider for motion to vacate my sentence (2255). As I was not aware I was entrapped by the government in R.I case until I started studying law after my Boston successive federal case. I was unaware of any laws regarding entrapments. After reading _Jacobson v. United States, 503 U.S. 540_ if I would have gone for trail I would have proven my innocence on aggravated identity theft counts as I was entrapped by the government on which my sentence was 24 Months. As mention in case _**Jacobson v. United States, 503 U.S. 540 United States v. Walker, 1995 U.S. APP. LEXIS 12722 (When a person has no previous intent or purpose to violate the law but is induced or persuaded by law enforcement officers or their agents to commit a crime, he is a victim of entrapment and, as a matter of policy, the law forbids his conviction in such case)**_ and my lawyer was incompetent to inform me that we could go to trial as I was entrapped by government informant in supervision of government while he was in jail I would not have received 24 months mandatory sentence. I believe if these claims would have brought to the court I would have received way less than 24 months. I would request to please consider my plea as unintelligent as I was unaware about the laws. Also I was unable to raise these claims at direct appeal because I was relying on my counsel and he had no desire to help me. As I did not know anything about the laws during my R.I and my lawyer has no desire to help me please consider my plea as unintelligent and unaware about the laws.

I would like to appeal my case in First Circuit Appeals Court. Please consider this as my request to appeal my case to First Circuit Appeals Court.

I politely request the court to please assign me an appeals court attorney. As I don't know how to bring all of my claims to appeal court.

Manish Kumar

Date: 3/2/2022