MARSH #6089 B
# 83763053
WYATT DETENTION facility
950 High Street
CENTRAL FALLS, RI
02863

neopost
03/03/2022
US POSTAGE $000.58⁰



ZIP 02863
041L11252843

To,
CLERK of Court
1 EXCHANGE TERRACE
PROVIDENCE, RI
02903