To,

**RECEIVED**

**MAR 1 4 2022**

**U.S. DISTRICT COURT
DISTRICT OF R.I.**

**Honorable judge john j McConnell,**

**Case No: 1:20-CR-00089-JJM-PAS**

**Defendant Name: Manish Kumar**

## REQUEST FOR SENTENCING TRANSCRIPT.

I politely request the Honorable court to please provide me my sentencing transcript for both sentencing dates February 11, 221 and April 1, 2021. I needed this information to support my motion in my Boston federal case. I will be highly great full for the court help.

Respectfully submitting

Manish Kumar

Date: