83763053
WYATT DETENTION CENTRE
950 HIGH ST
CENTRAL FALL, RI
02863

neopost
03/11/2022
US POSTAGE $000.53⁰

ZIP 02863
041L11252843

To
CLERKS OF Court
1 Exchange TERRACE
Providence, RI
02903

0290381720 C005