MANISH KUMAR
#83763053
WYATT DETENTION facility
950 High ST
CENTRAL FALL, RI
02863

PROVIDENCE RI 028 post
21 MAR 2022PM 4 US POSTAGE $000.53
03/21/2022

ZIP 02863
041L11252643

To
CLERK Of Court
1 Exchange TERRACE
Providence, RI
02903

02903-172099