MANISH KUMAR
#85163053
WYATT DETENTION FACILITY
950 HIGH ST
CENTRAL FALL, RI
02863

PROVIDENCE RI 028

29 MAR 2022  PM 5 L

FOREVER / USA

TO
CLER OF COURT
1 EXCHANGE TERRACE
PROVIDENCE, RI
02903

02903-172099