RECEIVED

APR 0 1 2022

U.S. DISTRICT COURT
DISTRICT OF R.I.

To,

Honorable Court,

Case No: 1:20-CR-00089-JJM-PAS

Defendant Name: Manish Kumar

## **Motion for the Appointment of New Counsel**.

I request the court for the appointment of a new counsel to appeal my sentence to the first circuit appeals court. As my motion to vacate or reduce the sentence got denied and motion to reconsider also denied. I don't know how to proceed further and where to appeal my issues which I was prejudiced. I believe if my issues will be herd by appeal court judges I will receive some sort of relief otherwise I will be believed justice was not served and the only reason would be I am an immigrant and have lack of knowledge about the American judicial proceedings and I was not helped properly by the court.

I politely request the court to please assign me an appeals court attorney who will help me bring my claims to the appeals court.

Respectfully

Manish Kumar

Date: MARCH 28 2022

MANISH KUMAR
#85163053
WYATT DETENTION FACILITY
950 High ST
CENTRAL FALL, RI
02863



PROVIDENCE RI 028

29 MAR 2022 PM 5 L

FOREVER / USA

To
CLER OF COURT
1 TEXCHANGE TERRACE
PROVIDENCE, RI
02903

02903-172099