

# UNITED STATES DISTRICT COURT
### *District of Rhode Island*

**CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
ABBREVIATED ELECTRONIC RECORD**

## Case Information

Case Caption:  **USA**                                              vs.  **Kumar**

District Court Number: **1:20-cr-00089-JJM-PAS-**  Presiding Judge: **Judge McConnell**

Notice of Appeal filed by: **Defendant**          Notice of Appeal document number: **48**

Appeal from: **#41 ORDER denying 36 Motion to Vacate (2255)**

Other information:

Fee status:  **Due**                    Pro se case:        Yes ☑      No ☐

Emergency or requires expedition: **No**      *If yes, reason:*

## Record Information

Motions Pending        Yes ☐      No ☑
*If yes, document #*

Other record information:

Related case(s) on appeal:

## Certification

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court

**/S/ Meghan Kenny**

Deputy Clerk

Date:  **04/12/2022**