## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

MANISH KUMAR

Plaintiff

v.

Case No. 1:20-CR-00089-JJM

UNITED STATES

Defendant

### NOTICE OF APPEAL

Notice is hereby given that __Manish KUMAR__
Name

the __Defendant__ in the above-referenced matter, hereby appeals to the United States
Party Type

Court of Appeals for the First Circuit from the:

■ Final judgment entered on __February 11, 2021__.
Date of Judgment

and/or

■ The order __Sentenced 24 Months__ entered on __February 11, 2021__
Description of Order                                    Date of Order

Respectfully submitted,

__Manish Kumar__
Name

__Manish__
Signature

__Pro Se__
Bar Number

__May 1, 2022__
Date

__WYATT W. DETENTION Facility__
Firm/Agency

Telephone Number

__950 High ST__
Address

Email Address

__Central Falls, RI, 02863__
City/State/Zip Code

Reset Form                Print Form                Save Form