OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

May 12, 2022

Hanorah Tyer-Witek, Clerk.
United States District Court for the
District of Rhode Island
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903-1779

   Re: US v. Kumar
     No. 1:20-cr-00089-JJM-PAS-1 (D.R.I.)
     **Misdirected Notice of Appeal**

Dear Clerk Tyer-Witek:

  Enclosed is a notice of appeal as to the February 12, 2021 judgment (D.E. 27) in the above-referenced case that was mistakenly filed by Manish Kumar in this court on May 6, 2022.  I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d).  Please treat this notice as a duplicate if this pleading has already been filed in your court.

       Sincerely,

       Maria R. Hamilton, Clerk

cc: Manish Kumar
  Reg# 83763-053
  Wyatt W. Detention Facility
  950 High St
  Central Falls, RI 02863

PT; gk

MANISH KUMAR
#83763053
WYATT DETENTION facility
950 High ST
Central falls, RI
02863

USMS
SCREENED

neopost
05/02/2022
US POSTAGE $000.58⁰

ZIP 02863
041L11252843

To,
John Joseph Moakley U.S. Court House
1 Court house way - Suite 2500
Boston, MA
02210

THIS CORRESPONDENCE IS FORWARDED FROM THE
DONALD W. WYATT DETENTION FACILITY.
THE CONTENTS MAY NOT HAVE BEEN EVALUATED.
THE FACILITY IS NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENT OF THE ENCLOSED MATERIAL.

MAY 1 2022

H