

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **USA**          vs. **Kumar**

District Court Number: **1:20-cr-00089**          Presiding Judge: **Judge McConnell**

Notice of Appeal filed by: **Defendant**          Notice of Appeal document number: **51**

Appeal from: **Judgment entered 02/11/2021**

Other information: **Sentenced 24 months**

Fee status: **Due**          Pro se case:     Yes ✔     No ☐

Emergency or requires expedition: **Yes**     *If yes, reason:*

| Record Information |
|---|

Motions Pending     Yes ☐     No ✔
*If yes, document #*

Other record information:

Related case(s) on appeal:     **USCA 22-1270**

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court

**/s/ Meghan Kenny**

Deputy Clerk

Date: **05/12/2022**