APPEAL,CLOSED

# U.S. District Court
# District of Rhode Island (Providence)
# CRIMINAL DOCKET FOR CASE #: <u>1:20−cr−00089−JJM−PAS−1</u>

Case title: USA v. Kumar

Related Case: 1:21−cv−00467−JJM
Magistrate judge case number: 1:19−mj−00069−PAS

Date Filed: 10/21/2020

Date Terminated: 02/12/2021

Assigned to: Chief Judge John J. McConnell, Jr.
Referred to: Magistrate Judge Patricia A. Sullivan

Appeals court case number: <u>22−1270</u> U.S. Court of Appeals for the First Circuit

**Defendant (1)**

| | | |
|---|---|---|
| **Manish Kumar**<br>*TERMINATED: 02/12/2021* | represented by | **Manish Kumar**<br>837630−53<br>Wyatt W. Detention Facility<br>950 High St<br>Central Falls, RI 02863<br>PRO SE |

**Joanne M. Daley**
RI Federal Public Defender's Office
10 Weybosset Street
Suite 300
Providence, RI 02903
401−528−4281 (ex. 13)
Email: <u>joanne_daley@fd.org</u>
*TERMINATED: 10/21/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Kensley R. Barrett**
Marin & Barrett, Inc.
1000 Chapel View Blvd
Suite 260
Cranston, RI 02920

1

401−380−6724
Fax: 4016790122
Email: kb@marinbarrettlaw.com
*TERMINATED: 03/18/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Melissa Larsen**
Melissa Larsen, Esq.
1130 Ten Rod Road
Ste F−203
North Kingstown, RI 02852
401−218−0862
Fax: 401−489−7541
Email: melissa@larsenlawri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1349 − CONSPIRACY TO COMMIT WIRE FRAUD (1) | Court imposes 1 day as to Counts 1−5; 24 months as to Counts 6 & 7, concurrent with each other and consecutive to Counts 1−5. 1 year of supervised release, concurrent. A $700 special assessment. Restitution in the amount of $5000. |
| 18:1343 AND 1349 − WIRE FRAUD (2−5) | Court imposes 1 day as to Counts 1−5; 24 months as to Counts 6 & 7, concurrent with each other and consecutive to Counts 1−5. 1 year of supervised release, concurrent. A $700 special assessment. Restitution in the amount of $5000. |
| 18:1028A(a)(1) − AGGRAVATED IDENTITY THEFT (6−7) | Court imposes 1 day as to Counts 1−5; 24 months as to Counts 6 & 7, concurrent with each other and consecutive to Counts 1−5. 1 year of supervised release, concurrent. A $700 special assessment. Restitution in the amount of $5000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

2

**Complaints**

18:1343, 18:1349, 18:1028A −
WIRE FRAUD (INCLUDING
ATTEMPT); CONSPIRACY TO
COMMIT WIRE FRAUD; and
AGGRAVATED IDENTITY
THEFT

**Disposition**

Court imposes time served as to Counts 1−5; 24
months as to Counts 6 & 7, concurrent with each
other and consecutive to Counts 1−5. 1 year of
supervised release, concurrent. A $700 special
assessment. Restitution in the amount of $5000.

**Plaintiff**

USA                                              represented by  **Milind M Shah**
U.S. Attorney's Office
50 Kennedy Plaza
8th Floor
Providence, RI 02903
401−709−5039
Email: milind.shah@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/23/2019 | 1 | | MOTION to Seal Case by USA as to Manish Kumar.(Noel, Jeannine) [1:19−mj−00069−PAS] (Entered: 08/23/2019) |
| 08/23/2019 | 2 | | ORDER granting 1 Motion to Seal Case as to Manish Kumar (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 8/23/2019.(Noel, Jeannine) [1:19−mj−00069−PAS] (Entered: 08/23/2019) |
| 08/23/2019 | 3 | | COMPLAINT as to Manish Kumar (1). (Attachments: # 1 Affidavit, # 2 Criminal Cover Sheet)(Noel, Jeannine) [1:19−mj−00069−PAS] (Entered: 08/23/2019) |
| 08/27/2019 | | | Arrest of Manish Kumar (Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 08/27/2019) |
| 08/27/2019 | 5 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Manish Kumar Joanne M. Daley for Manish Kumar appointed.. So Ordered by Magistrate Judge Patricia A. Sullivan on 8/27/2019. (Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 08/27/2019) |
| 08/27/2019 | | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan:Initial Appearance as to Manish Kumar held on 8/27/2019, Detention Hearing as to Manish Kumar held on 8/27/2019. Milind Shah for the government; Joanne Daley for the defendant; Shannon Finneran for probation. Court informs defendant of his rights, appoints FPD on his behalf, and informs defendant of pending charges; Defendant waives preliminary hearing and the Court accepts the waiver; Government requests detention; Defendant not contesting detention at this time; Court orders defendant detained; Defendant remanded into custody.(Court Reporter FTR−Recording in Courtroom B at 3:11.)(Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 08/27/2019) |

3

| 08/27/2019 | 6 | | WAIVER of Preliminary Hearing by Manish Kumar; accepted by Magistrate Judge Sullivan. (Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 08/27/2019) |
|---|---|---|---|
| 08/27/2019 | 7 | | ORDER OF DETENTION as to Manish Kumar. So Ordered by Magistrate Judge Patricia A. Sullivan on 8/27/2019.(Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 08/27/2019) |
| 08/28/2019 | 8 | | Arrest Warrant Returned Executed on 8/25/2019. in case as to Manish Kumar. (Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 08/28/2019) |
| 09/17/2019 | 9 | | NOTICE OF ATTORNEY APPEARANCE: Kensley R. Barrett appearing for Manish Kumar (Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 09/17/2019) |
| 10/21/2020 | 12 | | MOTION to Partially Unseal Case by USA as to Manish Kumar.(Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 10/21/2020) |
| 10/21/2020 | 13 | | ORDER granting 12 Motion toPartially Unseal Case as to Manish Kumar (1). So Ordered by Magistrate Judge Patricia A. Sullivan on 10/21/2020.(Saucier, Martha) [1:19−mj−00069−PAS] (Entered: 10/21/2020) |
| 10/21/2020 | 14 | | INFORMATION as to Manish Kumar (1) count(s) 1, 2−5, 6−7. (Attachments: # 1 Criminal Cover Sheet, # 2 Proposed Waiver of Indictment)(Noel, Jeannine) (Entered: 10/21/2020) |
| 10/21/2020 | | | CASE CONDITIONALLY ASSIGNED to Chief Judge John J. McConnell, Jr.. Related Case Number CR20−67JJM and CR20−73JJM based upon the indication on the cover sheet that a related case previously was assigned to the presiding judge. The assignment is subject to the presiding judge's determination that the cases, in fact, are related. (Noel, Jeannine) (Entered: 10/21/2020) |
| 10/21/2020 | 16 | | NOTICE OF INTENT TO PLEAD GUILTY by Manish Kumar.(Barrett, Kensley) (Entered: 10/21/2020) |
| 10/21/2020 | | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Manish Kumar: VIDEO Arraignment and Change of Plea Hearing set for Thursday, 11/5/2020 at 09:00 AM before Chief Judge John J. McConnell, Jr.; Zoom instructions will be provided to counsel of record. Public access information may be obtained on the Court's website(Barletta, Barbara) (Entered: 10/21/2020) |
| 11/05/2020 | 17 | | WAIVER OF INDICTMENT by Manish Kumar (McGuire, Vickie) (Entered: 11/05/2020) |
| 11/05/2020 | | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Arraignment as to Manish Kumar (1) Count 1,2−5,6−7 held on 11/5/2020, Change of Plea Hearing as to Manish Kumar held on 11/5/2020, Plea entered by Manish Kumar (1) Guilty Count 1,2−5,6−7. Defendant sworn. Court advises Defendant of the right to appear in person; Defendant consents to appear via video. Arraignment:Court informs Defendant of his rights and pending charges; Kensley Barrett retained as attorney. Defendant understands rights and the charges. Defendant waives indictment and Court accepts waiver. Defendant consents to e−signature of waiver. Change of Plea:Milind Shah for Government. Kensley Barrett for Defendant. Court verifies that the Defendant has reviewed the charges with his attorney. Court questions Defendant and reviews maximum penalties, sentencing guidelines, and constitutional rights. Government outlines the legal elements and facts of the case. Defendant agrees with Government's outline. Defendant pleads guilty to Counts 1−7. Court accepts plea & adjudges |

4

| | | |
|---|---|---|
| | | defendant guilty. Sentencing Hearing is January 20, 2021 at 10:00am. Defendant remanded. Court adjourned. (Court Reporter Karen Wischnowsky in Courtroom Zoom Video at 9:00am.)(McGuire, Vickie) (Entered: 11/05/2020) |
| 11/20/2020 | | **NOTICE OF HEARING DEFENDANT REQUEST** as to Manish Kumar. Sentencing set for 1/20/2021 at 10:00 AM in Zoom Remote Hearing before Chief Judge John J. McConnell, Jr.(McGuire, Vickie) (Entered: 11/20/2020) |
| 01/13/2021 | 19 | TRANSCRIPT ORDER for proceedings held on 11/5/2020 before Judge McConnell. 3−Day Transcript Selected. Transcript to be delivered within 3 calendar days. (Shah, Milind) (Entered: 01/13/2021) |
| 01/13/2021 | 20 | MOTION to Continue *("Government's Motion to Continue Sentencing")* by USA as to Manish Kumar. **Responses due by 1/27/2021.**(Shah, Milind) (Entered: 01/13/2021) |
| 01/13/2021 | | TEXT ORDER granting 20 Motion to Continue Sentencing as to Manish Kumar (1)− So Ordered by Chief Judge John J. McConnell, Jr. on 1/13/2021.(Barletta, Barbara) (Entered: 01/13/2021) |
| 01/13/2021 | | **REVISED NOTICE OF HEARING DEFENDANT REQUEST** as to Manish Kumar: VIDEO Sentencing hearing is **RESCHEDULED** to Monday, 2/8/2021 at 10:00 AM before Chief Judge John J. McConnell, Jr.(Zoom Meeting ID: 1606521631, Passcode: 803692) (Barletta, Barbara) (Entered: 01/13/2021) |
| 01/13/2021 | 21 | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 19 Transcript Order. Court Reporter/Transcriber: Karen Wischnowsky (Dias, Jennifer) (Entered: 01/13/2021) |
| 01/14/2021 | | **REVISED NOTICE OF HEARING DEFENDANT REQUEST** as to Manish Kumar: VIDEO Sentencing hearing set for Monday, 2/8/2021 at 11:00 AM before Chief Judge John J. McConnell, Jr.; **PLEASE NOTE TIME CHANGE**(Zoom Meeting ID: 1606521631, Passcode: 803692) (Barletta, Barbara) (Entered: 01/14/2021) |
| 01/19/2021 | 22 | TRANSCRIPT of Arraignment and Change of Plea Hearing as to Manish Kumar held on November 5, 2020, before Chief Judge John J. McConnell, Jr. Court Reporter Karen Wischnowsky, Telephone number (401) 529−7406. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option** Redaction Request due 2/9/2021. Redacted Transcript Deadline set for 2/19/2021. Release of Transcript Restriction set for 4/19/2021. (Wischnowsky, Karen) (Entered: 01/19/2021) |
| 02/03/2021 | | **REVISED NOTICE OF HEARING DEFENDANT REQUEST** as to Manish Kumar: Sentencing hearing is **RESCHEDULED** to Thursday, 2/11/2021 at 02:00 PM before Chief Judge John J. McConnell, Jr.(Zoom Meeting ID: 1606521631, Passcode: 803692) (Barletta, Barbara) (Entered: 02/03/2021) |
| 02/07/2021 | 25 | |

| | | |
|---|---|---|
| | | SENTENCING MEMORANDUM by Manish Kumar (Attachments: # 1 Supplement Letter of Support, # 2 Supplement Letter of Support, # 3 Supplement Letter of Support, # 4 Supplement Letter of Support, # 5 Supplement Letter of Support, # 6 Supplement Letter of Support, # 7 Supplement Letter of Support, # 8 Supplement Letter of Support)(Barrett, Kensley) (Entered: 02/07/2021) |
| 02/10/2021 | 26 | SENTENCING MEMORANDUM by USA as to Manish Kumar (Shah, Milind) (Entered: 02/10/2021) |
| 02/11/2021 | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Sentencing held on 2/11/2021 for Manish Kumar (1), 1, 2−5, 6−7. Milind Shah for Government. Kensley Barrett for Defendant. Andrea Edgar & Molly Picozzi for Probation. Court advises defendant of his right to appear in person; Defendant waives his right and consents to appearance by video; Defendant has reviewed PSR with his attorney. Court sets forth the sentencing guidelines in this case. Defendant objects to certain enhancements. Court overrules objection. Government and Defendant present sentencing recommendations. Defendant allocutes. Court imposes time served as to Counts 1−5; 24 months as to Counts 6 & 7, concurrent with each other and consecutive to Counts 1−5. 1 year of supervised release, concurrent. A $700 special assessment. Restitution in the amount of $5000. Defendant remanded. Court adjourned. (Court Reporter Karen Wischnowsky in Courtroom Zoom Video at 2:30pm.)(McGuire, Vickie) (Entered: 02/11/2021) |
| 02/12/2021 | 27 | JUDGMENT as to Manish Kumar (1), Count(s) 1, 2−5, 6−7, Court imposes time served as to Counts 1−5; 24 months as to Counts 6 & 7, concurrent with each other and consecutive to Counts 1−5. 1 year of supervised release, concurrent. A $700 special assessment. Restitution in the amount of $5000. − So Ordered by Chief Judge John J. McConnell, Jr. on 2/12/2021.(McGuire, Vickie) (Entered: 02/12/2021) |
| 03/15/2021 | 29 | MOTION to Appoint Counsel by Manish Kumar. **Responses due by 3/29/2021.**(Potter, Carrie) (Entered: 03/15/2021) |
| 03/18/2021 | | Attorney update in case as to Manish Kumar. Attorney Melissa Larsen for Manish Kumar added. Attorney Kensley R. Barrett terminated. (Simoncelli, Michael) (Entered: 03/18/2021) |
| 03/18/2021 | | TEXT ORDER granting 29 Motion to Appoint Counsel as to Manish Kumar: Melissa Larsen, Esq. is hereby appointed pursuant to 18 USC §3006A(a)(1) and (c) to represent Manish Kumar for the purpose of assisting the defendant in making a request for compassionate release directly with the Bureau of Prisons and presenting a motion for compassionate release to the Court. The Court finds that the defendant is financially eligible for Court−appointed counsel under the Criminal Justice Act. Appointed counsel shall assist Mr. Kumar with making a request directly to the Bureau of Prisons for compassionate release, and file a motion for compassionate release with the Court as soon as practicable. The Government shall file any response 10 days after defense counsel's motion is filed. So Ordered by Chief Judge John J. McConnell, Jr. on 3/18/2021.(Simoncelli, Michael) (Entered: 03/18/2021) |
| 03/24/2021 | 30 | Letter from Manish Kumar (Potter, Carrie) (Entered: 03/24/2021) |
| 03/25/2021 | | |

6

| | | |
|---|---|---|
| | | NOTICE OF HEARING as to Manish Kumar: ZOOM Chambers Conference set for Wednesday, 3/31/2021 at 02:00 PM before Chief Judge John J. McConnell, Jr.; (Barletta, Barbara) (Entered: 03/25/2021) |
| 03/31/2021 | | Minute Entry for proceedings held before Chief Judge John J. McConnell, Jr.:Zoom Conference as to Manish Kumar held on 3/31/2021; Milind Shah, Kensley Barrett, Melissa Larsen, Andrea Edgar and Kristin Mattias participated. (Barletta, Barbara) (Entered: 03/31/2021) |
| 03/31/2021 | | TEXT ORDER: Pursuant to Fed. R. Crim. P. 36, the Court has determined, after notice to all parties, that it needs to correct a clerical error in a judgment 27 . The Court inadvertently stated that the sentence was "24 months as to Counts 6 & 7, concurrently with each other and consecutive to Counts 1−5; time served as to Counts 1−5." Instead the sentence the Court imposed for imprisonment was "24 months as to Counts 6 & 7, concurrently with each other and consecutive to Counts 1−5; one day as to Counts 1−5, concurrently with each other." The Court will file an Amended Judgment consist with this Order and the actual sentence imposed. − So Ordered by Chief Judge John J. McConnell, Jr. on 3/31/2021.(Barletta, Barbara) (Entered: 03/31/2021) |
| 04/01/2021 | 31 | AMENDED JUDGMENT as to Manish Kumar (1), Count(s) 1, 2−5, 6−7, Court imposes 1 day as to Counts 1−5 concurrent with each other; 24 months as to Counts 6 & 7, concurrent with each other and consecutive to Counts 1−5. 1 year of supervised release, concurrent. A $700 special assessment. Restitution in the amount of $5000. − So Ordered by Chief Judge John J. McConnell, Jr. on 4/1/2021.(McGuire, Vickie) (Entered: 04/01/2021) |
| 06/01/2021 | 33 | Letter from Manish Kumar (Attachments: # 1 Envelope) (Potter, Carrie) (Entered: 06/01/2021) |
| 06/04/2021 | 34 | Judgment Returned Executed as to Manish Kumar on 3/24/2021. (Potter, Carrie) (Entered: 06/04/2021) |
| 08/18/2021 | 35 | MOTION to Appoint Counsel by Manish Kumar. **Responses due by 9/1/2021.** (Attachments: # 1 Envelope)(DaCruz, Kayla) (Entered: 08/18/2021) |
| 08/21/2021 | | TEXT ORDER denying 35 Motion to Appoint Counsel as to Manish Kumar (1). The Clerk is directed to forward Mr. Kumar forms to file a Motion to Vacate, Set Aside, or Correct a Sentence under 28 USC 2255. So Ordered by Chief Judge John J. McConnell, Jr. on 8/21/2021.(Simoncelli, Michael) (Entered: 08/21/2021) |
| 11/29/2021 | 36 | MOTION to Vacate under 28 U.S.C. 2255 by Manish Kumar. **Responses due by 12/13/2021.** (Attachments: # 1 Envelope)(Kenny, Meghan) Civil case 1:21−cv−00467−JJM opened. (Entered: 11/29/2021) |
| 12/10/2021 | 37 | MOTION to Continue by USA as to Manish Kumar. **Responses due by 12/27/2021.**(Shah, Milind) (Entered: 12/10/2021) |
| 12/13/2021 | | TEXT ORDER granting 37 Motion to Extend Time to respond to 36 Motion to Vacate as to Manish Kumar (1) up to and including 1/31/22. So Ordered by Chief Judge John J. McConnell, Jr. on 12/13/2021.(Jackson, Ryan) (Entered: 12/13/2021) |
| 01/28/2022 | 38 | MOTION to Continue by USA as to Manish Kumar. **Responses due by 2/11/2022.**(Shah, Milind) (Entered: 01/28/2022) |

7

| 01/31/2022 | | | TEXT ORDER granting 38 Motion to Continue/Extending Time to Respond as to Manish Kumar (1) to 36 MOTION to Vacate under 28 U.S.C. 2255 up to and includin 2/4/22. So Ordered by Chief Judge John J. McConnell, Jr. on 1/31/2022.(Jackson, Ryan) (Entered: 01/31/2022) |
|---|---|---|---|
| 02/04/2022 | 39 | | RESPONSE In Opposition to by USA as to Manish Kumar re 36 MOTION to Vacate under 28 U.S.C. 2255 *("Government's Objection to § 2255 Motion")* **Replies due by 2/11/2022.** (Shah, Milind) (Entered: 02/04/2022) |
| 02/18/2022 | 40 | | REPLY to RESPONSE re 39 RESPONSE In Opposition by Manish Kumar. (Attachments: # 1 Envelope) (DaCruz, Kayla) Modified on 2/18/2022 to correct docket text(DaCruz, Kayla). (Entered: 02/18/2022) |
| 02/23/2022 | 41 | | ORDER denying 36 Motion to Vacate (2255) as to Manish Kumar (1). So Ordered by Chief Judge John J. McConnell, Jr. on 2/23/2022.(Jackson, Ryan) Civil Case 1:21−cv−00467−JJM closed. (Entered: 02/23/2022) |
| 03/08/2022 | 42 | | MOTION for Reconsideration re 41 Order on Motion to Vacate (2255) by Manish Kumar. **Responses due by 3/22/2022.** (Attachments: # 1 Envelope)(Kenny, Meghan) (Entered: 03/08/2022) |
| 03/09/2022 | | | TEXT ORDER denying 42 Motion for Reconsideration re 41 Order on Motion to Vacate (2255) filed by Manish Kumar. So Ordered by Chief Judge John J. McConnell, Jr. on 3/9/2022.(Jackson, Ryan) (Entered: 03/09/2022) |
| 03/14/2022 | 44 | | Letter from Manish Kumar. Clerk's Office mailed copy of docket sheet, 2 copies of transcript order form. (Attachments: # 1 Envelope) (Entered: 03/14/2022) |
| 03/24/2022 | 45 | | TRANSCRIPT ORDER for proceedings held on 02/11/2021 and 03/31/2021 before Judge John J. McConnell. Expedited Transcript selected. Transcript to be delivered within 7 days calendar days. (Attachments: # 1 Envelope)(Kenny, Meghan) (Entered: 03/24/2022) |
| 03/24/2022 | 46 | | TRANSCRIPT ORDER ACKNOWLEDGMENT Entered re: 45 Transcript Order,. Court Reporter/Transcriber: Karen Wischnowsky (Dias, Jennifer) (Entered: 03/24/2022) |
| 04/01/2022 | 47 | | MOTION to Appoint Counsel by Manish Kumar. **Responses due by 4/15/2022.** (Attachments: # 1 Envelope)(Kenny, Meghan) (Entered: 04/01/2022) |
| 04/12/2022 | | | TEXT ORDER denying 47 Motion to Appoint Counsel as to Manish Kumar (1): The defendants 47 Motion for an Appointment of New Counsel is DENIED. The Court hereby treats the Defendants Motion for Appointment of Counsel as a Notice of Appeal, and the Clerk is hereby directed to docket it as such. Any renewed request for an appointment of counsel should be directed to and filed with the First Circuit. So Ordered by Chief Judge John J. McConnell, Jr. on 4/12/2022.(Jackson, Ryan) (Entered: 04/12/2022) |
| 04/12/2022 | 48 | | NOTICE OF APPEAL by Manish Kumar as to 41 ORDER denying 36 Motion to Vacate (2255)<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 5/12/2022. (Kenny, |

| | | | |
|---|---|---|---|
| | | | Meghan) Modified 04/12/22 to edit docket text (Kenny, Meghan) (Entered: 04/12/2022) |
| 04/12/2022 | 49 | | CLERK'S CERTIFICATE AND APPELLATE COVER SHEET: Abbreviated record on appeal consisting of notice of appeal, order(s) being appealed, and certified copy of the district court docket report transmitted to the U.S. Court of Appeals for the First Circuit in accordance with 1st Cir. R. 11.0(b). as to Manish Kumar 48 Notice of Appeal. Documents Sent: 36, 41, 48, Text Order Re: 47. (Attachments: # 1 Record on Appeal)(Kenny, Meghan) (Entered: 04/12/2022) |
| 04/13/2022 | | | USCA Case Number as to Manish Kumar 22−1270 for 48 Notice of Appeal − Conviction/Final Judgment,, filed by Manish Kumar. (DaCruz, Kayla) (Entered: 04/13/2022) |
| 04/13/2022 | 50 | | TRANSCRIPT of Sentencing Hearing as to Manish Kumar held on February 11, 2021, before Judge John J. McConnell, Jr. Court Reporter Karen Wischnowsky, Telephone number (401) 752−7045. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter or PACER **NOTICE TO COUNSEL: Redaction Requests must be filed for personal identifiers only. All other redactions must be requested by motion. For local policy and sample redaction request visit our website at www.rid.uscourts.gov and select Transcripts under the Case Information menu option** Redaction Request due 5/4/2022. Redacted Transcript Deadline set for 5/16/2022. Release of Transcript Restriction set for 7/12/2022. (Wischnowsky, Karen) (Entered: 04/13/2022) |
| 05/06/2022 | 51 | | NOTICE OF APPEAL by Manish Kumar as to 27 Judgment, <br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf** Appeal Record due by 6/6/2022. (Attachments: # 1 Envelope)(Kenny, Meghan) (Entered: 05/12/2022) |

9

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

MANISH KUMAR

Plaintiff

v.                                          Case No. 1:20-CR-00089-JJM

UNITED STATES

Defendant

## NOTICE OF APPEAL

Notice is hereby given that ___Manish KUMAR___
                                      Name

the ___Defendant___ in the above-referenced matter, hereby appeals to the United States
        Party Type

Court of Appeals for the First Circuit from the:

■ Final judgment entered on ___February 11, 2021___.
                                   Date of Judgment

and/or

■ The order ___Sentenced 24 Months___ entered on ___February 11, 2021___
              Description of Order                        Date of Order

Respectfully submitted,

___Manish KuMar___                 ___Manish___
Name                                Signature

___Pro Se___                        ___May 1, 2022___
Bar Number                          Date

___WYATT W. DETENTION facility___
Firm/Agency                         Telephone Number

___950 High ST___
Address                             Email Address

___Central falls, RI, 02863___
City/State/Zip Code

Reset Form                    Print Form                    Save Form

10

OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

May 12, 2022

Hanorah Tyer-Witek, Clerk.
United States District Court for the
District of Rhode Island
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903-1779

      Re:  US  v. Kumar
          No. 1:20-cr-00089-JJM-PAS-1 (D.R.I.)
          **Misdirected Notice of Appeal**

Dear Clerk Tyer-Witek:

      Enclosed is a notice of appeal as to the February 12, 2021 judgment (D.E. 27) in the above-referenced case that was mistakenly filed by Manish Kumar in this court on May 6, 2022.  I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d).  Please treat this notice as a duplicate if this pleading has already been filed in your court.

                Sincerely,

                Maria R. Hamilton, Clerk

cc:    Manish Kumar
       Reg# 83763-053
       Wyatt W. Detention Facility
       950 High St
       Central Falls, RI 02863

PT; gk

11

MANISH KUMAR
#83763053
WYATT DETENTION facility
950 High ST
CENTral falls, RI
02863

USMS SCREENED

To,
John Joseph MoaKLEY U.S. CourtHouse
1 CourthousE Way - SuitE 2500
Boston, MA
02210

THIS CORRESPONDENCE IS FORWARDED FROM THE
DONALD W. WYATT DETENTION FACILITY.
THE CONTENTS MAY NOT HAVE BEEN EVALUATED.
THE FACILITY IS NOT RESPONSIBLE FOR THE SUBSTANCE
OR CONTENT OF THE ENCLOSED MATERIAL.

MAY 1 2022

AO 245B  (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>**Manish Kumar** | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  **1:20CR00089-01JJM**<br><br>USM Number: **83763-053**<br><br> **Kensley R. Barrett, Esq.**<br>Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)      1 - 7 of the Information.

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy To Commit Wire Fraud | August 25, 2019 | 1 |
| 18 U.S.C. §§ 1343 and 1349 | Wire Fraud | August 25, 2019 | 2,3,4,5 |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | August 15, 2019 | 6,7 |

      The defendant is sentenced as provided in pages 2 through     6     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)                              ☐ is      ☐ are  dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/11/2021
Date of Imposition of Judgment

Signature of Judge

John J. McConnell, Jr.
Chief Judge
Name and Title of Judge

2/12/2021
Date

13

AO 245B     (Rev. 09/19) Judgment in Criminal
Case Sheet 2 — Imprisonment

DEFENDANT:  **Manish Kumar**
CASE NUMBER:  **1:20CR00089-01JJM**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**24 months: 24 months as to Counts 6 & 7, concurrently with each other and consecutive to Counts 1-5; time served as to Counts 1-5.**

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____  ☐  a.m.   ☐  p.m.    on  _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on  _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ ,  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
    Sheet 3 — Supervised Release

Judgment—Page   3   of   6

DEFENDANT:  Manish Kumar
CASE NUMBER:  1:20CR00089-01JJM

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

1 year as to Counts 1-7, to run concurrently with each other.

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.

2.  You must not unlawfully possess a controlled substance.

3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

    ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

15

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
      Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:  Manish Kumar
CASE NUMBER:  1:20CR00089-01JJM

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision.  These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

16

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: Manish Kumar
CASE NUMBER: 1:20CR00089-01JJM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 700.00 | $ 5,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Paul Sekuler | $5,000.00 | $5,000.00 | |
| | | | |

| **TOTALS** | $ 5,000.00 | $ 5,000.00 | |
|---|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑  the interest requirement is waived for the    ☐  fine   ☑  restitution.

☐  the interest requirement for the    ☐  fine   ☐  restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

17

AO 245B (Rev. 09/19)    Judgment   in   a   Criminal   Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:  Manish Kumar
CASE NUMBER:  1:20CR00089-01JJM

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A    ☑    Lump sum payment of $ ___5,700.00___    due immediately, balance due

        ☐    not later than _____ , or
        ☐    in accordance with  ☐ C,    ☐  D,    ☐   E, or    ☐ F below; or

B    ☐    Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

C    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D    ☐    Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of  $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E    ☐    Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F    ☐    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

     Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

18

✎AO 245C  (Rev. 09/19) Amended Judgment in a Criminal Case                                                                    (NOTE: Identify Changes with Asterisks (*))
              Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | AMENDED JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **Manish Kumar** | Case Number:  1:20CR00089-01JJM |

USM Number: 83763-053

Kensley R. Barrett, Esq.
_____
Defendant's Attorney

**Date of Original Judgment:**   2/12/2021
_____
*(Or Date of Last Amended Judgment)*

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1 - 7 of the Information.

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1349 | Conspiracy To Commit Wire Fraud | August 25, 2019 | 1 |
| 18 U.S.C. §§ 1343 and 1349 | Wire Fraud | August 25, 2019 | 2,3,4,5 |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft | August 15, 2019 | 6,7 |

The defendant is sentenced as provided in pages 2 through ____6____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____  ☐ is   ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/31/2021
_____
Date of Imposition of Judgment

_____
Signature of Judge

John J. McConnell, Jr.

Chief Judge
_____
Name and Title of Judge

4/1/2021
_____
Date

19

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment

DEFENDANT:  **Manish Kumar**
CASE NUMBER:  **1:20CR00089-01JJM**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**24 months and 1 day: 1 day as to Counts 1-5, to be served concurrently with each other; 24 months as to Counts 6 & 7, concurrently with each other and consecutive to Counts 1-5.**

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT: Manish Kumar
CASE NUMBER: 1:20CR00089-01JJM

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

1 year as to Counts 1-7, to run concurrently with each other.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*

5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*

7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

21

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:  Manish Kumar
CASE NUMBER:  1:20CR00089-01JJM

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature  _____    Date  _____

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: Manish Kumar
CASE NUMBER: 1:20CR00089-01JJM

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.
**

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 700.00 | $ 5,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Paul Sekuler | $5,000.00 | $5,000.00 | |
| | | | |

| TOTALS | $ 5,000.00 | $ 5,000.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the    ☐ fine    ☑ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

23

AO 245C (Rev. 09/19)   Amended   Judgment   in   a   Criminal   Case
Sheet 6 — Schedule of Payments

Judgment — Page   6   of   6

DEFENDANT:  Manish Kumar
CASE NUMBER:  1:20CR00089-01JJM

## SCHEDULE OF PAYMENTS

** Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑   Lump sum payment of $ __5,700.00__   due immediately, balance due

       ☐   not later than _____ , or
       ☐   in accordance with  ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B   ☐   Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

24