# United States Court of Appeals
## For the First Circuit
_____

No. 22-1384

UNITED STATES,

Appellee,

v.

MANISH KUMAR,

Defendant - Appellant.

_____

Before

Kayatta, Howard and Gelpí,
<u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: August 1, 2022

Before the court is Appellee-United States' Amended Motion to Dismiss Appeal as Untimely. After review of the same, and of the record, the motion is allowed and we dismiss the appeal as untimely.

So ordered.

By the Court:

Maria R. Hamilton, Clerk

cc:
Melissa Larsen
Manish Kumar
Milind Madhukar Shah
Sandra Rae Hebert
Lauren S. Zurier