# United States Court of Appeals
## For the First Circuit

No. 22-1384

UNITED STATES,

Appellee,

v.

MANISH KUMAR,

Defendant - Appellant.

**MANDATE**

Entered: August 23, 2022

     In accordance with the judgment of August 1, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Sandra Rae Hebert
Manish Kumar
Melissa Larsen
Milind Madhukar Shah
Lauren S. Zurier