# United States Court of Appeals
## For the First Circuit

No. 22-1270

MANISH KUMAR,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Lynch, Kayatta and Gelpí,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: September 15, 2022

By virtue of the notice of appeal he filed in the district court, Petitioner-Appellant Manish Kumar seeks a certificate of appealability in relation to the district court's denial of his motion pursuant to 28 U.S.C. §2255.  <u>See</u> Fed. R. App. P. 22(b)(2).  After careful review of the record below, including all of the petitioner's submissions, we conclude that the petitioner has failed to make "a substantial showing of the denial of a constitutional right."  28 U.S.C. §2253(c)(2); <u>see</u> <u>Slack</u> v. <u>McDaniel</u>, 529 U.S. 473, 484 (2000).

Accordingly, no certificate of appealability shall issue, and the appeal is hereby terminated.

By the Court:

Maria R. Hamilton, Clerk

cc:
Manish Kumar
Milind Madhukar Shah
Lauren S. Zurier