

MANISH KUMAR
#837630-53
FCI Fort Dix
Po Box 2000
JOINT BASE MDL
NEW JERSEY
08640

TRENT_____85

'26 OCT 20_____

To,

Judge John J MCCONNELL

1 Exchange TERRace
Providence, RI
02903